**Arlie James FREE, Plaintiff–Appellant,**

v.

**STATE of Missouri,
Defendant–Respondent.**

**No. 53803.**

Missouri Court of Appeals,
Eastern District,
Division Five.

May 31, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 22, 1988.

Application to Transfer Denied
July 26, 1988.

J. Andrew Walker, Asst. Public Defender, Clayton, for plaintiff-appellant.

William L. Webster, Atty. Gen., Robert V. Franson, Asst. Atty. Gen., Jefferson, for defendant-respondent.

ORDER

PER CURIAM.

Movant appeals the denial of his 27.26 motion without an evidentiary hearing. Movant has failed to show that the trial court was clearly erroneous and is not entitled to relief. Rule 27.26(j). A written opinion would serve no precedential pur-

pose. We affirm the order of the motion court pursuant to Rule 30.25(b).